Case 4:19-cr-00072-Y Document 1 Filed 12/18/18 Page 1 of 6 PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 18 2018

CLERK U.S. DISTRICT COURT
By: _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-MJ-782 |
| CHRISTOPHER CROTTY (01) | |

## CRIMINAL COMPLAINT

I, Task Force Officer Jody Augsburger, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about February 20, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Crotty** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of steroids, a schedule III controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E).

**Probable Cause:**

I, Jody Augsburger, Affiant, under oath, duly state that I am a Task Force Officer with the United States Drug Enforcement Administration (DEA) and that the statements set forth in the affidavit are true and correct to the best of my knowledge:

1. Your Affiant is a Tarrant County Sheriff's Office Investigator, currently assigned to the DEA Task Force. Your Affiant is a DEA Task Force Officer (TFO) who primarily investigates drug offenses. Your Affiant has been a police officer for twenty-eight (28) years, a criminal investigator for twenty (20) years, and has worked narcotics investigation for approximately five (5) years.

2.     The DEA Task Force commenced an investigation regarding codefendant Ryan Conor Savage[1] and his alleged distribution of illegal steroids. Based on interviews of Savage and various witnesses, the execution of search warrants and employment of various other law enforcement techniques, investigators determined that Savage utilized a residence at on Northampton Street in Fort Worth, Texas, to manufacture, to store, and to distribute quantities of steroids and other controlled substances.

3.     On or about December 18 and 22, 2017, investigators inspected trash retrieved from Savage's trash receptacles at the curb of his residence located on Northampton Street in Fort Worth, Texas. Investigators recovered multiple U.S. Postal Service (USPS) shipping receipts from November 20 and November 29, 2017. Investigators recovered packaging from a "Cap-M-Quick" pill encapsulation device, seven clear capsules containing a white powdery substance, and mail addressed to Savage at the listed address of 1108 Northampton Fort Worth Texas.

4.     Investigators obtained shipping records from USPS for the recovered postal receipts and were able to retrieve surveillance photographs of Savage mailing the packages at the self-service shipping kiosk. The photos further depicted Savage wearing latex gloves while completing the transactions. Each package was mailed under an alias name and from a fictions address.

---

[1] Savage has been charged separately in Case No. 4:18-cr-00304-O.

Criminal Complaint - Page 2 of 6

5. **Evidence Obtained Through Surveillance**

   a. Investigators employed surveillance techniques, and observed Savage traveling in a vehicle from his residence in Fort Worth Texas, to **Christopher Crotty's** residence at on Eastridge Drive in Dallas, Texas on several occasions.

   b. Investigators determined that on February 16, 2018, Savage traveled in his vehicle to the Burleson, Texas Post Office and the Cityview Post Office in Fort Worth Texas, between the hours of 12:00 AM and 02:00 AM.

   c. Investigators responded to the Burleson Post office and the Cityview Post Office, on the morning of February 16, 2018. Postal Inspector Sicks reviewed the parcels that had been deposited through the Post Office lobby mail receptacles during the previous night. Among the parcels, Postal Inspector Sicks identified three parcels: Parcel 1, bearing parcel number 9500 1000 1927 8047 0000 17; Parcel 2, bearing parcel number 9500 1000 1927 8047 0000 24, and Parcel 3, bearing parcel number 9500 1000 1927 8047 0000 31. Each parcel was mailed using the USPS Self-Service Kiosk and mail receptacle located at the City View Post Office in Fort Worth Texas on February 16, 2018.

   d. Surveillance photos were taken during the USPS self-service kiosk transactions associated with Parcels 1, 2, and 3 on the morning of the February 16, 2018. The photos depicted Savage dropping the packages off at the Post Office utilizing the self-service kiosk.

6. **Evidence Obtained Through Searches**

    a.    On February 16, 2018, investigators obtained a search warrant for Parcels 1, 2, and 3, and executed the search warrant. Each parcel was found to contain pill bottles filled with capsules and/or glass vials containing liquid. Each pill bottle and glass vial was packaged and labeled in a fashion consistent with clandestinely manufactured and distributed steroids. The bottles and vials were labeled with abbreviated names for various types of steroids (e.g., "Var" for Anvar, "Dblo" for Dinabol, "Test Enan" for Testosterone Enanthate, and "Susta" for Sustanon).

    b.    Investigators obtained a federal search warrant for Savage's residence located on Northampton Street in Fort Worth, Texas, and executed the warrant on February 20, 2018. Investigators seized U.S. currency, that Savage later stated was approximately fifteen thousand dollars, from a small safe in an upstairs bedroom. The U.S. currency is believed to be illegal proceeds from the trafficking of illegal steroids.

    c.    Savage cooperated with Investigators and stated that all of his steroids and steroid-processing equipment had been moved to one of his friends' residence in Dallas, Texas about two weeks prior to the search warrant. Savage identified **Crotty**, who resides on Eastridge Drive in Dallas, Texas as his friend and coconspirator in the steroid manufacture and delivery operation.

    d.    Savage then traveled to **Crotty's** Dallas residence with agents to verify the apartment location and provided additional information on **Crotty**. Savage placed a text message to **Crotty** to ensure that **Crotty** would be at the residence prior to Savage's arrival.

Investigators were able to confirm that apartment located on Eastridge Drive in Dallas, Texas was the same location that Savage had traveled to on several previous occasions.

 e. Investigators made contact with **Crotty**; **Crotty** consented to a search of his residence, and signed a DEA Consent to Search form. Investigators discovered and seized approximately 3.49 kilograms of illegal steroids, mixing powders, mixing liquids, glass vials, USPS shipping/packaging materials, and other paraphernalia utilized in the manufacturing and distribution of illegal steroids.

7. **Admissions by Crotty**

 a. **Crotty** agreed to be interviewed by investigators; he identified Savage as a white male who went by multiple aliases that are closely associated with the deceased actor Paul Walker and his movie character names. **Crotty** stated that he has known Savage for a couple of years. **Crotty** stated that he agreed to store the steroids at his residence because Savage's girlfriend did not want steroids at their residence. **Crotty** stated that he was involved in the steroid distribution operation with Savage. **Crotty** stated that he would collect wire transfer payments, Wal-Mart to Wal-Mart transfers, and cash payments for the steroids, and that he would receive monetary compensation from Savage for conducting the transactions. **Crotty** also stated that he would take steroid orders from people who he knew locally, as well as obtain steroids for his personal use. **Crotty** stated that he has received raw steroid powder shipments from overseas suppliers, and that he has assisted in mailing out package orders of steroids.

b.  **Crotty** gave investigators consent to search his phone, and a download of his phone was conducted. Evidence of messages and images obtained from **Crotty's** phone support the claims he made in the interview about his role in the steroid operation.

8.  Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that **Crotty** knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of Steroids, a schedule III controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E).

Jody Augsburger
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 1:42 am/pm, this 18th day of December, 2018, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge