ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 MAR 18 PM 3:52

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **4-19CR-072 Y** |
| CHRISTOPHER CROTTY (1) | |

## INFORMATION

The United States Attorney Charges:

### Count One
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E))

On or about February 20, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Crotty** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of steroids, a Schedule III controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E).

ERIN NEALY COX
UNITED STATES ATTORNEY

ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

Information - Page 1