IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-CR-072-Y |
| CHRISTOPHER CROTTY (1) | |

## FACTUAL RESUME

### INFORMATION:

Possess with Intent to Distribute Steroids, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E).

### MAXIMUM PENALTY:

- Imprisonment for a period not more than 10 years;
- A fine not to exceed $500,000 or both a fine and imprisonment;
- A supervised-release term of a maximum of 3 years. If the defendant violates any of the supervised-release conditions, he could be imprisoned for the entire supervised-release term, resulting in additional prison time;
- A $100 mandatory special assessment;
- Restitution to any victims;
- Forfeiture of property; and
- Incarceration or supervision costs.

### ELEMENTS OF THE OFFENSE:

The essential elements which must be proved beyond a reasonable doubt in order to establish the offense charged in the Information are as follows:

First:    The defendant knowingly possessed a controlled substance;

Second:   The substance was in fact steroids; and

Third:    The defendant possessed the substance with the intent to distribute it.

## STIPULATED FACTS:

On or about February 20, 2018, in the Fort Worth Division of the Northern District of Texas, the defendant, Christopher Crotty (Crotty), knowingly and intentionally possessed a mixture and substance containing a detectable amount of steroids, a Schedule III controlled substance.

Since at least as early as April 2017, Crotty resided in and around the Northern District of Texas. Beginning around April 2017, and continuing through in or around February 2018, Crotty aided and assisted Ryan Conor Savage (Savage) in distributing steroids to customers within the Northern District of Texas and elsewhere. Savage received steroids from sources in Asia, and repackaged the steroids for distribution to his customers. Among other means, Savage distributed steroids to customers by mailing the steroids via the U.S. Postal Service. In exchange for the steroids, Savage's customers would pay him U.S. currency, including by making wire transfers to Savage or other individuals acting on his behalf. Crotty assisted Savage in conducting approximately 3-12 distribution transactions per month, including collecting wire payments from customers. Savage stored steroids in his residence on Northampton Street in Fort Worth, and later moved them to Crotty's residence in Dallas, Texas. On or about February 20, 2018, approximately 39,229.92 dosage units of steroids were stored at Crotty's residence.

SIGNED this 18th day of March, 2019.

_____  _____
CHRISTOPHER CROTTY           S. MARSHALL MCCALLUM
Defendant                    Attorney for Defendant